IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| ROBERT JOHN HALVORSEN, | ) |
|     Plaintiffs, | ) ) ) |
| | ) No. 2:11-CV-0090 |
| VERSUS | ) ) |
| JIM ELDRIDGE, individually and in his official capacity as Police Chief of Algood Police Department; BRYANT SWALLOWS, individually and in his official capacity as a Police Officer for Algood Police Department; and MEGAN MASTERS, individually and in her official capacity as a Police Officer for Algood Police Department, | ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

## **JOINT MOTION TO DISMISS DEFENDANTS**

COMES the Plaintiff, Robert John Halvorsen, jointly with the Defendants, and ask the Court to enter an order of dismissal of all claims by Robert John Halvorsen without prejudice. The parties have prepared a proposed agreed order of dismissal, which is attached.

WHEREFORE, the Plaintiff and the Defendants jointly move the Court to dismiss all claims of Robert John Halvorsen against the Defendnats with prejudice.

Respectfully submitted,

s/ Richard Brooks
RICHARD BROOKS
Attorney for Plaintiff
130 Third Avenue West
Carthage, TN 37030
(615) 735-0807
B.P.R. No. 004308

MOORE, RADER
& FITZPATRICK, P.C.

s/ Daniel H. Rader, III
DANIEL H. RADER, III
Attorney for Defendant,
Jim Eldridge, individually and in his
official capacity as Police Chief of
Algood Police Department
46 North Jefferson Avenue
Cookeville, TN 38501
(931) 526-3311
B.P.R. No. 002835


WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, PLC


By s/Reid Spaulding
REID A. SPAULDING
Attorney for Defendants,
Bryant Swallows, individually and
in his official capacity as a Police
Officer for Algood Police Department
and Megan Masters, individually and
in her official capacity as a Police Officer
for Algood Police Department
Post Office Box 131
Knoxville, TN 37901-0131
B.P.R. No. 023363